**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HELENE FRAN BERNSTEIN,

    Plaintiff,

vs.                                            Case No. 3:09-cv-17-J-34MCR

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

**ORDER**[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 20; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on February 3, 2010. In the Report, Magistrate Judge Richardson recommends that the Commissioner of Social Security's (the Commissioner) decision be reversed and the case remanded to the ALJ for further proceedings. See Report at 18. The Commissioner has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) **REVERSING** the Commissioner's decision and **REMANDING** this matter to the ALJ with instructions to: (1) evaluate Plaintiff's RSD in accordance with SSR 03-2p; (2) re-evaluate the opinion of Plaintiff's treating physician, Dr. Powell, and accord it proper weight; (3) re-evaluate Plaintiff's credibility; (4) reconsider Plaintiff's residual functional capacity if the decision changes after the above-mentioned reevaluations; and (5) conduct any other proceedings deemed appropriate.

3. The Clerk of the Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of March, 2009.

*[signature: Marcia Morales Howard]*
MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record